1  COOLEY LLP
   JOHN C. DWYER (136533)
2  (dwyerjc@cooley.com)
   JEFFREY M. WALKER (280505)
3  (jwalker@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA 94306-2155
5  Telephone: (650) 843-5000
   Facsimile: (650) 849-7400
6
   Attorneys for Defendant
7  eBay Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   | | |
   |---|---|
   | THE SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:11-cv-08622-JHN-PLA<br><br>**DEFENDANT eBAY INC.'S NOTICE OF CONSTITUTIONAL QUESTION**<br><br>Hearing Date: March 12, 2012<br>Time: 2:00 p.m.<br>Courtroom: 790<br><br>Judge: Hon. Jacqueline H. Nguyen |

COOLEY LLP
ATTORNEYS AT LAW

Defendant eBay Inc. ("eBay"), by counsel and pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, hereby provides notice of constitutional question to the California Resale Royalties Act ("CRRA"), Cal. Civ. Code § 986.

eBay's Motion to Dismiss, ECF No. 11, challenges the constitutionality of the CRRA, and raises the following constitutional questions:

1. Does the CRRA violate the Commerce Clause of the U.S. Constitution?
2. Does the CRRA violate the Takings Clause of the Fifth Amendment to the U.S. Constitution?

Under 28 U.S.C. § 2403 and Rule 5.1 of the Federal Rules of Civil Procedure, the Court must "certify to the [California] attorney general that a statute has been questioned." Fed. R. Civ. P. 5.1(b); *see also* 28 U.S.C. § 2403. The Attorney General may intervene within 60 days after the notice is filed or after the Court certifies the challenge, whichever is earlier. Fed. R. Civ. P. 5.1(c).

Dated: January 17, 2012              COOLEY LLP

                                     /s/ John C. Dwyer
                                     John C. Dwyer

                                     Attorneys for Defendant
                                     eBay Inc.

151168 /DC