COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. WALKER (280505)
(jwalker@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>EBAY INC., a Delaware corporation,<br><br>            Defendant. | Case No.  2:11-cv-08622-JHN-PLA<br><br>**PROOF OF SERVICE** |

I, Lupe Fox, declare as follows:

I am employed by Cooley LLP. I have personal knowledge of the facts contained in this declaration.

On January 17, 2012, I served a copy of the following documents:

1. **Defendant eBay Inc.'s Notice of Constitutional Question;**

2. **Defendant eBay Inc.'s Notice of Motion and Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 11);**

3. **Defendant eBay Inc.'s Memorandum of Points & Authorities in Support of its Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 11, Attachment #1);**

4. **[Proposed] Order Granting Defendant's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 11, Attachment #2);**

5. **Defendant eBay Inc.'s Request for Judicial Notice (ECF No. 12);**

6. **Declaration of John C. Dwyer in Support of Defendant eBay Inc.'s Request for Judicial Notice (ECF No. 12, Attachment #1); and**

7. **Notice of Errata to the Declaration of John C. Dwyer in Support of Defendant eBay Inc.'s Request for Judicial Notice (ECF No. 13)**

by certified mail to:

Attorney General Kamala D. Harris
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230
Phone: (213) 897-2000

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 17th day of January, 2012 in Palo Alto, California.

1
2
3
*Lupe Fox* (signature)
Lupe Fox
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

151251 /DC

COOLEY LLP
ATTORNEYS AT LAW

2.

PROOF OF SERVICE
2:11-CV-08622-JHN-PLA