COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. WALKER (280505)
(jwalker@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:11-cv-08622-JHN-PLA<br><br>[PROPOSED] CERTIFICATION OF CONSTITUTIONAL QUESTION [28 U.S.C. § 2403; FRCP 5.1]<br><br>Judge: Hon. Jacqueline H. Nguyen |

TO KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C § 2403(b) and Federal Rules of Civil Procedure 5.1(b), this Court hereby certifies that in this case the Defendant eBay Inc. ("eBay") has challenged the constitutionality of the California Resale Royalties Act ("CRRA"), Cal. Civ. Code § 986.

eBay's Motion to Dismiss challenges the constitutionality of the CRRA on two grounds: (1) under the Commerce Clause of the U.S. Constitution, U.S. Const. art. I, § 8, cl. 3; and (2) under the Takings Clause of the Fifth Amendment to the U.S. Constitution, U.S. Const. amend. V. *See* Defendant eBay Inc.'s Notice of Motion and Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), *The Sam Francis Foundation, et. al. v. eBay Inc.*, No. 2:11-cv-08622-JHN-PLA, ECF No. #11 (C.D. Cal. Filed Jan. 12, 2012); Defendant eBay Inc.'s Memorandum of Points & Authorities in Support of Its Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), *The Sam Francis Foundation, et. al. v. eBay Inc.*, No. 2:11-cv-08622-JHN-PLA, ECF No. #11 (C.D. Cal. Filed Jan. 12, 2012).

Dated: _____, 2012

_____
The Honorable Jacqueline H. Nguyen
United States District Judge

1005765/HN