1   COOLEY LLP
    JOHN C. DWYER (136533)
2   (dwyerjc@cooley.com)
    JEFFREY M. WALKER (280505)
3   (jwalker@cooley.com)
    Five Palo Alto Square
4   3000 El Camino Real
    Palo Alto, CA  94306-2155
5   Telephone:   (650) 843-5000
    Facsimile:    (650) 849-7400
6
    Attorneys for Defendant
7   eBay Inc.

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11

12  THE SAM FRANCIS FOUNDATION;        Case No.  2:11-cv-08622-JHN-PLAx
    ESTATE OF ROBERT GRAHAM;
    CHUCK CLOSE; LADDIE JOHN           **CERTIFICATION OF
13  DILL; individually and on behalf of all   CONSTITUTIONAL QUESTION [28
    others similarly situated,         U.S.C. § 2403; FRCP 5.1]**
14
                   Plaintiffs,
15
          v.                          Judge:  Hon. Jacqueline H. Nguyen
16
    EBAY INC., a Delaware corporation,
17
                   Defendant.
18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW

                                              **[PROPOSED] CERTIFICATION OF
                                              CONSTITUTIONAL QUESTION
                                              2:11-CV-08622-JHN-PLA**

1  **TO KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF**

2  **CALIFORNIA**

3        **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C § 2403(b) and Federal

4  Rules of Civil Procedure 5.1(b), this Court hereby certifies that in this case the

5  Defendant eBay Inc. ("eBay") has challenged the constitutionality of the California

6  Resale Royalties Act ("CRRA"), Cal. Civ. Code § 986.

7        eBay's Motion to Dismiss challenges the constitutionality of the CRRA on

8  two grounds:  (1) under the Commerce Clause of the U.S. Constitution, U.S. Const.

9  art. I, § 8, cl. 3; and (2) under the Takings Clause of the Fifth Amendment to the

10  U.S. Constitution, U.S. Const. amend. V.  *See* Defendant eBay Inc.'s Notice of

11  Motion and Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P.

12  12(b)(6), *The Sam Francis Foundation, et. al. v. eBay Inc.*, No. 2:11-cv-08622-

13  JHN-PLA, ECF No. #11 (C.D. Cal. Filed Jan. 12, 2012); Defendant eBay Inc.'s

14  Memorandum of Points & Authorities in Support of Its Motion to Dismiss

15  Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), *The Sam Francis*

16  *Foundation, et. al. v. eBay Inc.*, No. 2:11-cv-08622-JHN-PLA, ECF No. #11 (C.D.

17  Cal. Filed Jan. 12, 2012).

18

19

20  Dated:   February 09, 2012

21                              . Nguyen

22

23

24

25

26  1005765/HN

27

28

COOLEY LLP
ATTORNEYS AT LAW

1

**[PROPOSED] CERTIFICATION OF**
**CONSTITUTIONAL QUESTION**
**2:11-CV-08622-JHN-PLA**