COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JEFFREY M. WALKER (280505)
(jwalker@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendant
eBay Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EBAY INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:11-cv-08622-JHN-PLA<br><br>**PROOF OF SERVICE OF CERTIFICATION OF CONSTITUTIONAL QUESTION [28 U.S.C. § 2403; FRCP 5.1]** |

1  I, Saundra Curry, declare as follows:

2  I am employed by Cooley LLP. I have personal knowledge of the facts
3  contained in this declaration.

4  On February 10, 2012, I served a copy of the following document:

5  **Certification of Constitutional Question [28 U.S.C. § 2403; FRCP 5.1]**
6  by certified mail on:

7  Attorney General Kamala D. Harris
   Office of the Attorney General
8  300 South Spring Street
9  Los Angeles, CA 90013-1230
   Phone: (213) 897-2000
10

11  I declare under penalty of perjury under the laws of the United States of
12  America that the above is true and correct. Executed this 10th day of February
13  2012 in Palo Alto, California.

14
15
16
17  Saundra Curry
18  COOLEY LLP
    3175 Hanover Street
19  Palo Alto, CA 94304
20  Telephone: (650) 843-5000
    Facsimile: (650) 849-7400
21
22  1007136 /HN
23
24
25
26
27
28