UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM FRANCIS FOUNDATION *et al.*, | Case No. CV-11-08622-MWF (PLAx) |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| eBay, Inc., | |
| Defendant. | |

On May 17, 2012, the Court (the Honorable Jacquelyn H. Nguyen, United States Circuit Judge, sitting by designation) issued its Order Granting Defendant's Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(B)(6), which dismissed this action with prejudice. (Docket No. 34). Defendant eBay , Inc. ("eBay") has filed a Request for Entry of Judgment (Docket No. 39), pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

Accordingly, in accordance with the Order Granting Joint Motion to Dismiss and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiffs Sam Francis Foundation, Estate of Robert Graham, Chuck Close, and Laddie John Dill shall take nothing on their claims against eBay;
2. The action shall be dismissed with prejudice on the merits; and
3. eBay's shall recover its costs on Plaintiffs' claims.

Dated: June 6, 2012

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE